UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. STERN,<br><br>          Plaintiff,<br><br>     v.<br><br>VECTRA AI, INC.,<br><br>          Defendant. | Case No.  23-cv-01522-SVK<br><br>**PRETRIAL ORDER RE (1) JUROR QUESTIONNAIRES; AND (2) TRIAL TIME LIMITS** |

In connection with the upcoming Pretrial Conference on January 23, 2025 and the Jury Trial beginning January 27, 2025, the Court **ORDERS** as follows:

1. **Juror Questionnaires**
   a. On **January 13, 2025,** the Court will send a questionnaire to the jury duty list. The questionnaire will be the same questionnaire used for the October 2024 trial in this case with the addition of a question about prospective jurors' preferred pronouns.
   b. On or about **January 17, 2025**, the Court and counsel will receive: (1) responses to the juror questionnaire and (2) a list of the randomized order in which jurors will be called.
   c. On or about **January 22, 2025,** the Court will issue an order identifying any jurors it plans to excuse in advance for hardship based on the questionnaire responses (e.g., lack of English language capability, childcare or elder care issues, small business owners under certain circumstances).  The Court will address any issues at the Pretrial Conference on January 23, 2025.
2. **Trial Time Limits:**  Each side will operate under a trial time limit of **12.5 hours** for direct and cross-examination and for any sidebar requested by that side.  The trial time

limit does not include opening statements, closing arguments, or sidebars requested by the Court.  The Parties must be prepared to proceed with opening statements on January 27, 2025; time limits will be dictated by the time remaining in the trial day. Time limits on closing arguments will be set at the charging conference.

**SO ORDERED.**

Dated: January 7, 2025

SUSAN VAN KEULEN
United States Magistrate Judge