1  Bruce C. Fox (*pro hac vice*)
   Andrew J. Horowitz (*pro hac vice*)
2  Salena E. Moran (*pro hac vice*)
   OBERMAYER REBMANN MAXWELL &
3  HIPPEL LLP
   525 William Penn Place, Suite 1710
4  Pittsburgh, PA 15219
   Tel: (412) 566-1500
5  Fax: (412) 281-1530

6  Chaka Okadigbo (CA State Bar No. 224547)
   cokadigbo@hkm.com
7  HKM EMPLOYMENT ATTORNEYS LLP
   700 S. Flower Street, Suite 1067
8  Los Angeles, California 90017
   Telephone/Facsimile: (213) 431-6209
9  *Attorneys for Plaintiff Michael Stern*

10 Michael A. Laurenson (SBN: 190023)
   mlaurenson@grsm.com
11 Annette Rose (SBN: 311274)
   arose@grsm.com
12 GORDON REES SCULLY MANSUKHANI, LLP
   3 Parkcenter Drive, Suite 200
13 Sacramento, CA 95825
   Tel: (916) 565-2900
14 Fax: (916) 920-4402
   *Attorneys for Defendant Vectra AI, Inc.*

15

16 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| MICHAEL E. STERN, | Case Number: 5:23-cv-01522-SVK |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| vs. | |
| VECTRA, AI, INC. | |
| Defendant. | |

Page **1** of **2**

4928-2479-9760 v1

**JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiff Michael E. Stern by and through his undersigned counsel and Defendant Vectra AI, Inc. by and through its undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action and all claims and counts therein be dismissed with prejudice.

| | |
|---|---|
| */s/ Bruce C. Fox* | */s/ Michael A. Laurenson* |
| Bruce C. Fox (*pro hac vice*) | Michael A. Laurenson |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | GORDON REES SCULLY MANSUKHANI LLP |
| *Counsel for Plaintiff* | *Counsel for Defendant* |